**U.S Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Neal A Cowe | CV04 11520 RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Commonwealth of Mass | STC |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lila Moreau

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
29 Almont St ~~Boston~~ Winthrope, Mass 02152

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Neal A. Cowe
1343 Briar Ridge Court
Jonesboro, Georgia 30238

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

May obtain service after 6PM or Daily at Middlesex County Courthouse 38 Thorndike St 8 fl.

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 OCT -6 P 1:38

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Neal A Cowe | | 7704771199 | 10/06/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ~~19~~ | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Talavera | Date 10/6/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) $10.22 | Forwarding Fee $8.- | Total Charges $63.22 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Neal A. Cowe

V.

Commonwealth of Mass
Court Reporter
Gila Moreau

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11520 RWZ

TO: (Name and address of Defendant)

29 Almost St
Winthrope, Mass 02152

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neal A. Cowe
1393 Briar Ridge Court
Jonesboro, Georgia 30238

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JUL 07
DATE

(By) DEPUTY CLERK