UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEAL A. COWE,<br>          Plaintiff<br><br>vs.<br><br>LYNCH, BREWER, HOFFMAN AND SANDS<br>Alias LYNCH, BREWER, HOFFMAN &<br>FINK; COMMONWEALTH OF<br>MASSACHUSETTS ADMINISTRATIVE<br>CHIEF JUSTICE OF THE SUPERIOR COURT<br>SUSAN DELVECCHIO; COMMONWEALTH<br>OF MASSACHUSETTS OFFICIAL COURT<br>REPORTER LILA MOREAU; SLOANE &<br>WALSH, MITCHELL & DESIMONE,<br>          Defendants | Civil Action No. 04-11520-RWZ |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for defendant Lila Moreau in the above-entitled matter.

Dated: October 22, 2004

/s/ Bruce T. Macdonald
Bruce T. Macdonald
678 Massachusetts Avenue
Suite 901
Cambridge, MA 02139
(617) 354-1711
BBO #310400