## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEAL A. COWE,                         )<br>                                                    )<br>          Plaintiff                         )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>LYNCH, BREWER, HOFFMAN AND SANDS,  )<br>Allis LYNCH, BREWER, HOFFMAN & FINK,  )<br>COMMONWEALTH OF MASSACHUSETTS    )<br>ADMINISTRATIVE CHIEF JUSTICE OF THE  )<br>SUPERIOR COURT SUSAN DELVECCHIO,    )<br>COMMONWEALTH OF MASSACHUSETTS    )<br>OFFICIAL COURT REPORTER LILA MOREAU, )<br>SLOANE & WALSH, MITCHELL & DESIMONE,)<br>                                                    )<br>          Defendants                      )<br>                                                    ) | C.A. No. 04-11520-RWZ |

### NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please notice the appearance of Sarah M. Joss as counsel for the defendant Commonwealth of Massachusetts Administrative Chief Justice of the Superior Court Susan Delvecchio in the above-captioned action.

COMMONWEALTH OF MASSACHUSETTS
ADMINISTRATIVE CHIEF JUSTICE OF
THE SUPERIOR COURT SUSAN
DELVECCHIO
By their attorneys,

THOMAS F. REILLY, ATTORNEY GENERAL
/s/ Sarah M. Joss
Sarah M. Joss, BBO # 651856
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, MA 02108

Dated: October 27, 2004                                  (617) 727-2200

**CERTIFICATE OF SERVICE**

    I, Sarah M. Joss, hereby certify that on October 27, 2004, I served a copy of the above upon the counsel of record for the parties, by mailing a copy postage pre-paid to:

1. Neal A. Cowe
   1393 Briar Ridge Ct.
   Jonesboro, GA  30238

2. Alan R. Hoffman, Esq.
   Lynch, Brewer, Hoffman & Fink, LLP
   101 Federal Street, 22nd Floor
   Boston, MA  02110

3. Bruce T. Macdonald, Esq.
   678 Massachusetts Avenue
   Suite 901
   Boston, MA  02139

4. Myles W. McDonough, Esq.
   Sloan & Walsh
   8th Floor
   Three Center Plaza
   Boston, MA  02108

5. Paul E. Mitchell, Esq.
   Mitchell & DeSimone
   99 Summer Street
   Boston, MA  02110

    /s/ Sarah M. Joss
    Sarah M. Joss
    Assistant Attorney General