United States District Court
District of Massachusetts
Eastern Division Boston
John J. Moakely Courthouse
1 Courthouse Way
Boston, Massachusetts

November 24, 2004

FILED
AT CLERKS OFFICE

2004 NOV 29 P 3: 1?

Docket Number
04-CV-11520 RWZ

Dear Lisa Orso

As per our Conversation this morning on 11/24/04 I requested additional time in which to respond to an addition pleading Received from Defendant Sloan & Walsh on 11/23/04 7PM.

Although Sloan & Walsh mail was Received on the previous Day, I did not receive His additional Memorandum at the Exact time in which it was Delivered.

I appreciate your attention in this matter for the addition Time in which to respond of December 14, 2004, for Both answers.

Yours Very Truly
Neal a. Cowe
1393 Briar Ridge Ct.
Jonesboro, Georgia 30238
1(770) 477-1499