UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11520RWZ

| | |
|---|---|
| NEAL A. COWE,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| LYNCH, BREWER, HOFFMAN AND SANDS, Allis LYNCH, BREWER, HOFFMAN & FINK , COMMONWEALTH OF MASSACHUSETTS ADMINISTRATIVE CHIEF JUSTICE OF THE SUPERIOR COURT SUSAN DELVECCHIO, COMMONWEALTH of MASSACHUSETTS OFFICIAL COURT REPORTER LILA MOREAU, SLOANE AND WALSH AND MITCHELL & DESIMONE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS SLOANE AND WALSH'S AND JOHN RYAN'S MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendants Sloane and Walsh and John Ryan move that they be allowed to file the enclosed supplemental memorandum in support of their pending motion to dismiss this action. As grounds in support, the defendants state:

1. The supplemental memorandum briefly addresses further grounds upon which dismissal as to defendants Sloane and Walsh is appropriate, which grounds are more fully briefed in the memorandum in support of the motion to dismiss of defendant The Honorable Suzanne Delvecchio, and accordingly the Court's consideration of the memorandum will be in the interest of judicial economy.

2. No party would be unduly prejudiced by the Court's acceptance of the supplemental memorandum.

Defendants,
Sloane and Walsh, LLP and John Ryan,
By their attorneys,

_____
Myles W. McDonough, BBO #547211
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

Dated: _____

## CERTIFICATE OF SERVICE

I, Myles W. McDonough, certify that on the date shown below, I made service of the foregoing document, by causing a copy thereof to be mailed, postage prepaid, to all counsel of record.

Neal A. Cowe
1393 Briar Ridge Court
Jonesboro, GA 30238

Alan R. Hoffman, Esq.
LYNCH, BREWER, HOFFMAN
 & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110

Bruce T. MacDonald, Esq.
678 Massachusetts Avenue, Suite 901
Boston, MA 02139

Paul E. Mitchell, Esq.
MITCHELL & DESIMONE
99 Summer Street
Boston, MA 02110

Sarah M. Joss, Asst. AG
Office of the Attorney General
Trial Division
COMMONWEALTH OF
 MASSACHUSETTS
One Ashburton Place
Boston, MA 02108-1598

_____
Myles W. McDonough