UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11520RWZ

| | |
|---|---|
| NEAL A. COWE,<br>　　　　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| LYNCH, BREWER, HOFFMAN AND<br>SANDS, Allis LYNCH, BREWER,<br>HOFFMAN & FINK , COMMONWEALTH<br>OF MASSACHUSETTS ADMINISTRATIVE<br>CHIEF JUSTICE OF THE SUPERIOR COURT<br>SUSAN DELVECCHIO, COMMONWEALTH<br>of MASSACHUSETTS OFFICIAL COURT<br>REPORTER LILA MOREAU, SLOANE AND<br>WALSH AND MITCHELL & DESIMONE,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for defendants Sloane and Walsh and John Ryan hereby certify that the requirements of Local Rule 7.1(A)(2) have been satisfied with respect to their motion to dismiss, and more specifically certify as follows:

1.　The plaintiff did not put a telephone number where he could be contacted in the summons or complaint which were served upon defendant Sloane and Walsh;

2.　On Friday, November 19, 2004, counsel for the defendants sent by overnight mail a copy of the motion papers to the plaintiff's address with a request that the plaintiff contact defense counsel at his office telephone number by 5:00 p.m. Eastern Standard Time on Tuesday, November 23, 2004 (see correspondence attached);

3.　Counsel for the defendants received no call from the plaintiff to discuss the motion by 5:00 p.m. November 23, 2004 or to date; and

4.  Whereupon defense counsel is accordingly filing herewith the originals of the motion to dismiss and supporting memorandum to the Court.

By their attorneys,

_____
Myles W. McDonough, BBO #547211
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

Dated: _____

## CERTIFICATE OF SERVICE

I, Myles W. McDonough, certify that on the date shown below, I made service of the foregoing document, by causing a copy thereof to be sent by U.S. mail, postage prepaid, to all parties of record.

Neal A. Cowe
1393 Briar Ridge Court
Jonesboro, GA 30238

Alan R. Hoffman, Esq.
LYNCH, BREWER, HOFFMAN
 & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110

Bruce T. MacDonald, Esq.
678 Massachusetts Avenue, Suite 901
Boston, MA 02139

Paul E. Mitchell, Esq.
MITCHELL & DESIMONE
99 Summer Street
Boston, MA 02110

Sarah M. Joss, Asst. AG
Office of the Attorney General
Trial Division
COMMONWEALTH OF
 MASSACHUSETTS
One Ashburton Place
Boston, MA 02108-1598

Dated: _____

_____
Myles W. McDonough

## SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108

TELEPHONE: (617) 523-6010
FAX: (617) 227-0927
FAX: (617) 523-2181
WRITER'S DIRECT E-MAIL ADDRESS: MMCDONOUGH@SLOANEWALSH.COM

WILLIAM J. DAILEY, JR.
JOHN P. RYAN
ROBERT H. GAYNOR
EDWARD T. HINCHEY
LAWRENCE J. KENNEY, JR.
ANTHONY J. ANTONELLIS
WILLIAM J. DAILEY, III
CURTIS R. DIEDRICH
MARCIA K. DIVOLL
JAMES P. DONOHUE, JR.
ROSS A. KIMBALL
MYLES W. McDONOUGH

JOHN A. DONOVAN III
JOHN P. FAGGIANO
LAURA MEYER GREGORY
MICHAEL P. GUAGENTY
DAVID M. HARTIGAN
KELLY A. JUMPER
MICHAEL J. KERRIGAN
GREGG M. LYSKO
JOHN McCORMACK
STACEY E. MORRIS
HEIDI M. OH
HARRY A. PIERCE
JAMES J. SCANLON
BRIAN H. SULLIVAN

November 19, 2004

*VIA FEDERAL EXPRESS, CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND U.S. MAIL – POSTAGE PREPAID*

Neal A. Cowe
1393 Briar Ridge Court
Jonesboro, GA 30238

Re:   *Neal A. Cowe v. Sloane and Walsh, et al.*
      U.S.D.C. No. 04-11520RWZ
      S&W No.: PE000-9016

Dear Mr. Cowe:

Enclosed with regard to the above entitled matter please find a copy of the Defendants Sloane and Walsh's and John Ryan's Motion to File Supplemental Memorandum in Support of Motion to Dismiss and Memorandum in Support. Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, would you kindly give me a call at the above listed number by 5:00 p.m. on Tuesday, November 23, 2004, to confer as to whether any of the issues set forth in the enclosed motion and memorandum can be resolved or narrowed prior to the Court's decision on the motion, and also to provide me with your current telephone number. I expect to forward the motion and memorandum to the Court on Monday, November 29, 2004.

Thank you for your attention to these matters.

Very truly yours,

Myles W. McDonough

MWM/scc
enclosures