UNTIED STATES DISTRICT COURT
JOHN JOESPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS
CIVIL CLERKS OFFICE

December 4, 2004

DOCKET NUMBER
RE: 04-CV-11520-RWZ
REQUEST TO CONTINUE WITH
MEMORANDUM IN LAW FOR
(10) DAYS FROM UNFORESEEN
INJURY

NEAL A. COWE
V.
LYNCH, BREWER, HOFFMAN, & SANDS
COMMONWEALTH OF MASSACHUSETTS
CHIEF JUSTICE, OFFICIAL STENOGRAPHER
SLOANE & WALSH
DESIMONE & MITCHELL

TO: OFFICE OF U.S.D.C.
JUDGE R.W. ZOBEL D.J.

Dear Lisa Orso

On Sunday November 28, 2004 at approximately 3:30 P.M., My Son's dog

Ran out the front door without being leashed. I went outside after him, because

The Town of Jonesboro in Clayton County, Georgia has a Leash Law, in effect,

That dog's are not allowed to run free, had to be retrieved sooner than later.

As I left the house the dog ran across the street, I then saw the neighbor's dog

Who was unleashed at the time, run after our dog and mow him down into the

Ground causing him severe physical injury in which he was unable to get up

And was yelping, from the pain.

I picked up the dog and brought him back home, as I placed him down inside

The house I was bitten on my left hand at the thumb, as it was late found by

The Veterinarian's x-ray's, (in short terms) he had suffered a broken Femur

At his hipbone and a bone socket dislocation, in which he was operated on

By Dr. Hutto at Riverdale Veterinarian Hospital.

Currently I have a splint on my left thumb and a bandaged left hand where I

Have been slowed down, due to the fact that I have had an increased amount

Of pain, (other than my back injury), and that the Emergency Room Doctor

Has adjusted my medication temporarily.

On December 3, 2004 I was seen by a family Doctor who examined my

Left hand and wrist has written me a note to rest the injury for (10) days,

If you would kindly allow a (10) day continuance, I will continue with the

Answers being prepared for a memorandum in law sent by Sloane & Walsh

And The Commonwealth, as soon as possible and will deliver up, my papers

To your office by December 24, 2004, pending this Court's Decision.

Thank you very much for your attention in this matter, please find supporting

Documents attached Hereto;

                                          Sincerely Yours


                                          Neal A. Cowe
                                          1393 Briar Ridge Ct.
                                          Jonesboro, Georgia 30238
                                          1 (770) 477-1199