UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11520RWZ

| | |
|---|---|
| NEAL A. COWE,<br>        Plaintiff<br><br>v.<br><br>LYNCH, BREWER, HOFFMAN AND SANDS, Allis LYNCH, BREWER, HOFFMAN & FINK, COMMONWEALTH OF MASSACHUSETTS ADMINISTRATIVE CHIEF JUSTICE OF THE SUPERIOR COURT SUSAN DELVECCHIO, COMMONWEALTH of MASSACHUSETTS OFFICIAL COURT REPORTER LILA MOREAU, SLOANE AND WALSH AND MITCHELL & DESIMONE,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, MITCHELL & DESIMONE'S MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendant, Mitchell & DeSimone move that they be allowed to file the enclosed supplemental memorandum in support of their pending motion to dismiss this action. As grounds in support, the defendant state:

The supplemental memorandum briefly addresses further grounds upon which dismissal as to defendant's, Mitchell & DeSimone is appropriate, which grounds are more fully briefed in the memorandum in support of the motion to dismiss of defendant, The Honorable Suzanne Delvecchio, and accordingly the Court's consideration of the memorandum will be in the interest of the judicial economy.

No party would be unduly prejudiced by the Court's acceptance of the supplemental memorandum.

Respectfully submitted,

_____
Paul E. Mitchell, BBO# 550491
Mitchell & DeSimone
99 Summer Street
Boston, MA 02110
(617) 737-8300

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon **Neal A. Cowe**, 1393 Briar Ridge Court, Jonesboro, GA 30238; **Bruce T. MacDonald, Esq.**, 678 Massachusetts Avenue, Suite 901, Boston, MA 02139; **Sarah M. Joss, Asst. AG**, Office of the Attorney General, Trial Division, Commonwealth of Massachusetts, One Ashburton Place, Boston, MA 02108-1598; **Alan R. Hoffman, Esq.**, Lynch, Brewer, Hoffman & Fink, LLP 101 Federal Street, 22nd Floor, Boston, MA 02110; **Myles W. McDonough, Esq.**, Sloane & Walsh, LLP, 3 Center Plaza, Boston, MA 02108 by first class mail, postage prepaid this _____Day of___12/13_____, 2004.

_____
Paul E. Mitchell