UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-11520RWZ

| | |
|---|---|
| NEAL A. COWE, | ) |
|         Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LYNCH, BREWER, HOFFMAN AND | ) |
| SANDS, Allis LYNCH, BREWER, | ) |
| HOFFMAN & FINK , COMMONWEALTH | ) |
| OF MASSACHUSETTS ADMINISTRATIVE | ) |
| CHIEF JUSTICE OF THE SUPERIOR COURT | ) |
| SUSAN DELVECCHIO, COMMONWEALTH | ) |
| of MASSACHUSETTS OFFICIAL COURT | ) |
| REPORTER LILA MOREAU, SLOANE AND | ) |
| WALSH AND MITCHELL & DESIMONE, | ) |
|         Defendants | ) |

**DEFENDANT, MITCHELL & DESIMONE'S SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF ITS MOTION TO DISMISS**

**IV.    DISMISSAL OF THE CLAIMS AS TO DEFENDANT, MITCHELL &
DESIMONE IS FURTHER APPROPRIATE UNDER THE ROOKER-
FELDMAN DOCTRINE**

To the extent that allegations against defendant, Mitchell & DeSimone are discernible in

the complaint, the plaintiff grounds his allegations upon the supposition that Mitchell &

DeSimone, obtained the Commonwealth of Massachusetts Industrial Accident Board's records

by way of Court order, and this somehow gives rise to cause of action.  The plaintiff's claim

against Mitchell & DeSimone is violative of the precepts underlying the Rooker-Feldman

doctrine that "the lower federal courts have no jurisdiction to review state court judgments", 18

*Moore's Federal Practice 3d* §133.03[3][a], and that the "proper recourse for an unsuccessful

party in the state court litigation is to appeal the adverse judgment through the state court system,

with discretionary Supreme Court review as the sole possible opportunity for federal review."

*Moore's, supra* at §133.30[3][c][iii]. Accordingly, jurisdiction of the claims against Mitchell &

DeSimone is barred by reason of the Rooker-Feldman doctrine.

The defendant also respectfully refer the Court to the motion and memorandum filed on

behalf of the Honorable Suzanne Delvecchio with regard to the applicability of the *Rooker*

*Feldman* doctrine.

## CONCLUSION

For the reasons and those set forth in their prior memorandum in support to their motion

to dismiss, defendant, Mitchell & DeSimone respectfully move that the action against them be

dismissed.

Respectfully submitted,

Paul E. Mitchell, BBO# 550491
Mitchell & DeSimone
99 Summer Street
Boston, MA 02110
(617) 737-8300

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon **Neal
A. Cowe**, 1393 Briar Ridge Court, Jonesboro, GA 30238; **Bruce T. MacDonald, Esq.**, 678
Massachusetts Avenue, Suite 901, Boston, MA 02139; **Sarah M. Joss, Asst. AG**, Office of the
Attorney General, Trial Division, Commonwealth of Massachusetts, One Ashburton Place,
Boston, MA 02108-1598; **Alan R. Hoffman, Esq.**, Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor, Boston, MA 02110; **Myles W. McDonough, Esq.**, Sloane &
Walsh, LLP, 3 Center Plaza, Boston, MA 02108 by first class mail, postage prepaid this _
_____Day of_____ 12|13 , 2004.

Paul E. Mitchell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-11520RWZ

NEAL A. COWE,                                    )
                         Plaintiff               )
                                                 )
v.                                               )
                                                 )
LYNCH, BREWER, HOFFMAN AND                       )
SANDS, Allis LYNCH, BREWER,                      )
HOFFMAN & FINK , COMMONWEALTH                    )
OF MASSACHUSETTS ADMINISTRATIVE                  )
CHIEF JUSTICE OF THE SUPERIOR COURT              )
SUSAN DELVECCHIO, COMMONWEALTH                   )
of MASSACHUSETTS OFFICIAL COURT                  )
REPORTER LILA MOREAU, SLOANE AND                 )
WALSH AND MITCHELL & DESIMONE,                   )
                         Defendants              )

## LOCAL RULE 7.1(2) CERTIFICATE OF COMPLIANCE

Counsel for defendant, Mitchell & DeSimone hereby certifies that the requirements of

Local Local Rule 7.1 (A)(2) have been satisfied with respect to their motion to dismiss, and

mores specifically certifies as follows:

1.    The plaintiff did not put a telephone number where he could be contacted

      in the summons or complaint which were served upon defendant, Mitchell

      & DeSimone;

2.    On Thursday, December 9, 2004, counsel for the defendant sent by

      overnight mail a copy of the motion papers to the plaintiff's address with a

      request that the plaintiff contact defense counsel at his office telephone

      number by 12:00 noon Eastern Standard Time on Monday, December 13,

      2004 (see correspondence attached);

3.      Counsel for the defendants received no call from the plaintiff to discuss

the motion by 12:00 noon on December 13, 2004 or to date; and

4.      Whereupon defense counsel is accordingly filing the originals of the

motion to dismiss and supporting memorandum to the Court.

Respectfully submitted,


Paul E. Mitchell, BBO# 550491
Mitchell & DeSimone
99 Summer Street
Boston, MA  02110
(617) 737-8300


## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon **Neal A. Cowe**, 1393 Briar Ridge Court, Jonesboro, GA 30238; **Bruce T. MacDonald, Esq.**, 678 Massachusetts Avenue, Suite 901, Boston, MA 02139; **Sarah M. Joss, Asst. AG**, Office of the Attorney General, Trial Division, Commonwealth of Massachusetts, One Ashburton Place, Boston, MA 02108-1598; **Alan R. Hoffman, Esq.**, Lynch, Brewer, Hoffman & Fink, LLP 101 Federal Street, 22nd Floor, Boston, MA 02110; **Myles W. McDonough, Esq.**, Sloane & Walsh, LLP, 3 Center Plaza, Boston, MA 02108 by first class mail, postage prepaid this _ _____Day of_____12/13_____, 2004.


Paul E. Mitchell

# MITCHELL & DESIMONE
### Attorneys at Law
**99 Summer Street**
**Boston, Massachusetts 02110**

JOHN C. DESIMONE
PAUL E. MITCHELL
JOHN B. DISCIULLO
DEANNA C. SALEMME
MIRIAM H. GORDON
MICHAEL J. SPILLANE
JANINE H. MCNULTY

TELEPHONE (617) 737-8300
FACSIMILE (617) 737-8390
E-MAIL:PMITCHELL@MITCHELLDESIMONE.COM

**Writer's Direct Dial (617) 737-8391**

WORCESTER OFFICE
—————
255 PARK AVENUE
SUITE 1000
WORCESTER, MA  01609
TEL. (508) 756-8310

December 9, 2004

**SENT VIA FEDERAL EXPRESS,
CERTIFIED MAIL RETURN RECEIPT NO. 7001 1940 0002 9937 1694 REQUESTED
AND REGULAR MAIL**

Neal A. Cowe
1393 Briar Ridge Court
Jonesboro, GA  30238

      RE:    Neal A. Cowe v. Lynch, Brewer, Hoffman and Sands, at als.
               United States District Court for the District of Massachusetts
               Civil Action No. 04-11520RWZ

Dear Mr. Cowe:

      This letter is forwarded to you pursuant to U.S. District Court Local Rule 7.1.

      Please find enclosed a copy of Defendant, Mitchell & Desimone's Motion to File Supplemental Memorandum in Support of Motion to Dismiss; Defendant, Mitchell & Desimone's Supplemental Memorandum in Support of its Motion to Dismiss; Local Rule 7.1(2) certificate of Compliance.

      Would you please telephone me before 12:00 noon on Monday, December 13, 2004 to confer and attempt in good faith to resolve or narrow the issue raised in the enclosed motion.

      I will file the motion with the Court on Monday, December 13, 2004, if I do not hear from you before the noted time.

      Thank you.

                  Very truly yours,

                  Paul E. Mitchell

PEM/kr
Enclosure