## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**NEAL A. COWE**
          Plaintiff

                                        CIVIL ACTION

V.                                      NO. 04-11520-RWZ

**LYNCH, BREWER, HOFFMAN AND SANDS ET AL**
          Defendant

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ORDER entered 1/10/05;

JUDGMENT is entered for DISMISSING the complaint with prejudice.

                                        By the Court,

  1/10/05                               s/ Lisa A. Urso
   Date                                  Deputy Clerk