UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION BOSTON

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:27

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NEAL A. COWE<br>     PLAINTIFF<br><br>V.<br><br>LYNCH, BREWER, HOFFMAN AND SANDS<br>Allis LYNCH, BREWER, HOFFMAN AND FINK<br>And<br>COMMONWEALTH OF MASSACHUSETTS<br>ADMINISTRATIVE CHIEF JUSTICE OF THE<br>SUPERIOR COURT SUSAN DELVECCHIO<br>And<br>COMMONWEALTH OF MASSACHUSETTS<br>OFFICIAL COURT REPORTER LILA MOREAU<br>-And<br>SLOANE & WALSH LLP<br>And<br>MITCHELL & DESIMONE<br>     DEFENDANTS | 04-CV-11520 RWZ |

### NOTICE OF APPEAL FROM JUDGMENT AND ORDER OF DISTRICT COURT

Now comes the plaintiff Neal A. Cowe and gives notice of an appeal from the Judgment and Order of the Lower District Court 1st. Circuit Boston, Massachusetts.

*Neal A. Cowe* (signature)

Neal A. Cowe
1393 Briar Ridge Ct.
Jonesboro, Georgia
    30238

Feb. 7, 2005