UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION BOSTON

FILED
IN CLERKS OFFICE

2005 FEB 25 P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NEAL A. COWE )<br>    PLAINTIFF )<br>         )<br>V.         )<br>         )<br>LYNCH, BREWER, HOFFMAN AND SANDS )<br>Allis LYNCH, BREWER, HOFFMAN AND FINK )<br>And )<br>COMMONWEALTH OF MASSACHUSETTS )<br>ADMINISTRATIVE CHIEF JUSTICE OF THE )<br>SUPERIOR COURT SUZANNE DELVECHICO )<br>And )<br>COMMONWEALTH OF MASSACHUSETTS )<br>OFFICIAL COURT REPORTER LILA MOREAU )<br>And )<br>SLOANE AND WALSH )<br>And )<br>MITCHELL AND DESIMONE )<br>    DEFENDANT ) | DOCKET NUMBER<br>04-CV-11520-RWZ |

NOTICE OF REQUEST FOR LIST OF ALL PARTIES
THAT WILL BE PARTICIPATING IN THE APPEAL

  Now comes the Plaintiff Neal A. Cowe and moves under the Federal Rules of

Appellate Procedure, Title II., *Local Rule* 3, requesting notification from all parties

That will be participating in the above-entitled matter being (The Appeal) from the

Judgment 1/10/05 filed February 10, 2005 in the lower federal district court Boston,

Appealed on February 17, 2005 to the United States 1st Circuit Court of Appeals.

February 22, 2005

                   *Neal A. Cowe*
                   NEAL A. COWE
                   1393 BRIAR RIDGE CT.
                   JONESBORO, GEORGIA
                       30238