04-11520
USDC MA
Zobel, J.

# MANDATE

# United States Court of Appeals

## For the First Circuit

---

No. 05-1228

NEAL A. COWE,

Plaintiff, Appellant,

v.

LYNCH, BREWER, HOFFMAN AND SANDS,
A/K/A LYNCH, BREWER, HOFFMAN & FINK, ET AL.,

Defendants, Appellees.

---

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: March 31, 2005

This appeal is dismissed for lack of jurisdiction because no
notice of appeal was filed within 30 days of entry of the judgment
of dismissal.  <u>Budinich</u> v. <u>Becton Dickinson & Co.</u>, 486 U.S. 196,
203 (1988) ("the taking of an appeal within the prescribed time is
mandatory and jurisdictional").

<u>Dismissed</u>.

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
                    Chief Deputy Clerk.

[cc:Neal A. Cowe, Alan R. Hoffman, Esq.,Bruce T. MacDonald, Esq.,
Myles W. McDonough, Esq., Paul E. Mitchell, Esq., Miriam Hayes
Gordon, Esq., Sarah M. Joss, Esq.]